O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARTHA TERRAZAS,                          )          CASE NO. ED CV 12-00323 RZ
                                          )
                        Plaintiff,        )
                                          )          JUDGMENT
            vs.                           )
                                          )
MICHAEL J. ASTRUE, Commissioner           )
of Social Security,                       )
                                          )
                        Defendant.        )
_____ )

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

        DATED:   November 26, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE